

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00107-CR

---

IN RE KODY CLIMER, RELATOR

---

ORIGINAL PROCEEDING

---

April 14, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Relator, Kody Climer, seeks a writ of mandamus from this Court directing the Lubbock County District Attorney's Office and his former defense counsel to provide him copies of the clerk's and reporter's records filed in his criminal case. We dismiss the petition for want of jurisdiction.

We have authority to issue writs of mandamus against a judge of a district or county court in our appeals district and all writs necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. §§ 22.221(a), (b). Climer does not request mandamus relief against a district or county judge and has not demonstrated how issuance of the requested writ is necessary to enforce our jurisdiction. Consequently, we are without authority to issue

said writ.  *See In re Youngstrom*, No. 07-14-00210-CV, 2014 Tex. App. LEXIS 6528, at *1–2 (Tex. App.—Amarillo June 16, 2014, no pet.) (mem. op.) (holding same).

Accordingly, Climer's petition for writ of mandamus is dismissed for want of jurisdiction.

Per Curiam

Do not publish.

2